UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| FERNANDO AND LILLIE HERRERA,<br><br>Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; AMERICAN SERVICING; HSBC BANK, NATIONAL ASSOCIATION, RTS PACIFIC, INC.; and DOES 1-20, INCLUSIVE,<br><br>Defendants. | CASE NO.: 5:15-CV-00865-JGB-SPx<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>*[Assigned to the Hon. Jesus G. Bernal]* |

On May 28, 2015, the Court entered an Order granting Defendants' Motion to Dismiss Complaint [Doc. No. 6], filed by defendant WELLS FARGO BANK, N.A. (also erroneously sued separately as "Wells Fargo Home Mortgage, Inc.", which is now a division of Wells Fargo Bank, N.A.) ("Wells Fargo"), and dismissing all claims for relief in the Complaint without prejudice as to Wells Fargo.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed without prejudice;

2. Judgment is entered in favor of defendant Wells Fargo, and against plaintiffs Fernando Herrera and Lillie Herrera; and

3. Plaintiffs Fernando Herrera and Lillie Herrera shall take and recover nothing in this action from defendant Wells Fargo.

Dated: October 14, 2015

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

93000/FR1594/01249883-1

2

CASE NO.: 5:15-CV-00865-JGB-SPx
JUDGMENT OF
DISMISSAL WITHOUT PREJUDICE